No. 03A706. RUSS *v.* UNITED STATES. Application for certificate of appealability, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. 03A742. HICKS *v.* SMITH, WARDEN. Application for certificate of appealability, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. 03A799 (03–1324). HINKSON *v.* UNITED STATES. Application for release, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–2375. IN RE DISCIPLINE OF GATES. Daniel J. Gates, of Zelienople, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2376. IN RE DISCIPLINE OF GOMEZ. Mark Andrew Gomez, of Newnan, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 03M62. ENRIQUEZ *v.* CASTRO, WARDEN;
No. 03M63. DECORSO *v.* WATCHTOWER BIBLE & TRACT SOCIETY OF NEW YORK, INC., ET AL.; and
No. 03M64. TALIANO *v.* MITCHELL, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.